**Order entered July 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00238-CV

## RAUL H. LOYA, Appellant

## V.

## COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03536**

## ORDER

Before the Court is appellant's July 18, 2014 motion for an extension of time to file a brief. Appellant's brief was due on July 17, 2014. This Court received appellant's brief on July 18, 2014. We **GRANT** appellant's motion. We **ORDER** the brief tendered to this Court on July 18, 2014 filed as of the date of this order.

/s/    ADA BROWN
JUSTICE